|  |  |
|---|---|
| MARVIN HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. RODRIGUEZ, et al.,<br><br>　　　　　Defendants. | Case No. 1:24-cv-00139-KES-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO OBEY A COURT ORDER, FAILURE TO COMPLY WITH LOCAL RULES, AND FAILURE TO PROSECUTE<br><br>(Doc. 6) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff Marvin Harris is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. Doc. 1. As of the date of this order, plaintiff has neither paid the $405 filing fee nor filed a motion to proceed in forma pauperis, despite being directed by the court to do so.

On February 12, 2024, the assigned magistrate judge ordered plaintiff to, within 45 days, either submit a completed application to proceed in forma pauperis or pay the $405 filing fee for this action. Doc. 3, hereinafter the "February 12 Order". The magistrate judge informed plaintiff that failure to comply with this order would result in dismissal of this action. *Id*.

On February 26 and February 27, 2024, the previously-served prisoner case opening documents and the Court's February 12 Order were returned as undeliverable. The magistrate judge conducted a review of the online inmate locator for the California Department of Corrections and Rehabilitation ("CDCR") and, on February 28, 2024, directed the Clerk of the

Court to re-serve copies of the case opening documents and the February 12 Order to plaintiff at California Men's Colony, CDCR No. D99649, P.O. Box 8103, San Luis Obispo, CA 93409-8103. Doc. 4. Following service on plaintiff, the two filings were once again returned as undeliverable.

On May 15, 2024, the magistrate judge issued findings and recommendations to dismiss the action for plaintiff's failure to prosecute and obey the court's orders and because plaintiff had failed to update his address within 63 days, as required by Local Rule 183(b). Doc. 6. The court served the findings and recommendations on plaintiff and informed him that any objections were due within 14 days. *Id*. at 5. More than 14 days have passed, and plaintiff has not filed any objections – indeed, the findings and recommendations were returned marked "Undeliverable – Return to Sender." The findings and recommendations advised plaintiff that failure to file objections within the specified time may result in the waiver of rights on appeal. *Id*. (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).

In accordance with 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of this case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Based upon the foregoing, the court ORDERS:

1. The findings and recommendations issued on May 15, 2024 (Doc. 6), are adopted in full;
2. This action is DISMISSED without prejudice for plaintiff's failure to obey a court order, comply with the Local Rules, and prosecute this action; and
3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   August 23, 2024

UNITED STATES DISTRICT JUDGE

2